Oct,12,2023
Karen Hylton
2461 Naylor SE #203
Washington,DC 20020

VS

Case: 1:23-cv-03054   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 10/13/2023
Description: Pro se Gen. Civ. (F-Deck)

Mayor Muriel Bowser
1350 Pennsylvania Ave. N.W
Washington,D.C.20004

District of Columbia, 5th District Metropolitan Police Department
1805 Bladensburg RD Washington,DC 20002

Officer Brittany Nyamekye (Badge # 3713)
Officer Straneika Proctor (5770)
Officer Tierra Caprice Proctor (2731)
Officer Donna Ulrich (5619)

Complaint

My baby Karon Hylton was chased and murder by the Metropolitan police officer Sutton and several of his co-workers. He is currently resting at Lincoln Memorial cemetery located in Suitland MD. Since this resting as occurred I visit him every Saturday, that I can, usually at night, light my candles, and take his spirit home. Saturday Oct 15 2022. I was going to visit my baby. I was In the Northeast area of Benning Rd and needed candles for my baby, I decided to go the dollar store which is located on Benning Rd for the Minnesota Ave store was permanently closed. I entered the store carrying my pocketbook as I do with any store I that entered while I am carrying my pocketbook. I walked thru the isle looking for the candles located 4 specify candles for these candles have the blessing of a baby. Located my candles, selected 3 candles walked around picked up a 4 pack of soda, proceeded to the checkout line stood in line waiting on the cashier purchased my 3 candles and a 4 pack of soda. Proceeded to leave the store as I was leaving the store the security officers while blocking the store doors by standing in front of the doors said to me" I HAVE TO CHECK YOUR BAGS" I said "what" she repeated herself and said I have to check your bags when you came into the store your bag was small now its big. I said to her you or no one in this store is going to check my pocketbook she again stated I am check your bag I said again you and no one in this store is going to check my pocketbook' if

any nobody going to check my pocketbook yall going to have to call the police" we continue to argue back and forth while the security guard stood in front of t g e doors blocking me from leaving the store. As we argued back and forth I paced the floors back and forth. During the argument she proceeded to walk away from the front of the door I proceeded to walk thru the doors the security of ran back grad my left arm with her hand using her other hand stared to hit me at this point with my pocketbook book and my recently purchased items in another bag i started to tell her I didn't steal anything out this store and I wasn't trying to fight her she continued to hit me and I basically all owed her to hit me returning several hits in order to have her stop hitting me. We were fighting on the outside of the store several employees and customers gathered outside of the store and broke the fight up grabbing her. I walked backed into the store at this point the customer and employees were talking pictures and witnesses this security guard physically assaulted me. As I walked in the store totally embarrassed I drop my pocketbook and my items that I purchased at the inside of the store door saw the flesh wounds on my arm bleeding and the pounding of the hits to my head I said 'you got yours in Iam return it" I immediately turn around exited the store door the security guards heard what I said and understood what I said as soon I exited the store she started swing her hand and I completed started to return the hits she had previously giving me stated with several hits to her face . As she was also throwing hits as well while her face bleed. The wounds on my arms caused by her also bleed. Again, the employees and customers that were outside the store broke up the fight for a second time. At this time the police started to arrive I walked back in the store picked up my pocketbook and my items that I purchased. When the officers entered the store, I gave them my pocketbook to search. They searched my pocketbook as I said I didn't steal anything. They also checked the store cameras again they weren't a footage of me stealing anything. The security guard also told them that she grad me as i exited the sore result in us physically fighting. They continue to speak with the security guard then came and said she said I said I was going to return it not mention the hits she previously gave me. They place me in handcuffs we walked outside at this point they had called they supervisor whom immediately recognized me from a previous incident where I was assaulted by a guy and his girlfriend were she and other officers knew I was the mother of Karon Hylton and tried to arrest me when witness had told them the guy and his girlfriend assaulted me. She claims she had to review the camera as of date these individuals have not been arrested. She informed them she knew of me and to arrested me. The officers asked the security guard if she want to press charges and if she needed medical attention and call the ambulance for her. At that point I demanded the arresting officer to call the ambulance for me and I also want to charge her for assaulted. The officer exam the puncher flesh wounds on my arm as they were bleeding and burning. He took pictures for he has body camera also. As I said I demanded they call medical attention for me. They transport he to Howard Hospital where I had went looking for my baby the night he was murder by the Washington DC police officers. I totally became vougly tell them this is where I came the night looking for my baby. I am going to visit my baby the accused me of stealing fight me then after refusing me medical attention bring me back to the same hospital where I went looking for my baby. I cussed them all tell them don't touch me. They tried to examine my wounds I replied "if they can't bring my baby back to life they is nothing they can do for me". After refusing

the doctor to touch me the officer place me in a room still hand cuff I demanded they call Bowers, Contee, Graves, cause we all going to our grave. Three officers approached me trying to put they hands on me I walked out the hospital in cuff without there assistant. All the while them saying Contee will be at 5 district again lying. As I was transported to 5 district upon my arrival an female officer grad my arm placing her hand in my open wound. I informed her she was placing her hand in my wounds and it was hurting she continued bit perching her fingernail though the purple gloves she was wearing. The pain grew intensity I spearmint she removes her fingernail but kept her hands on my wound. As we approached the jail itself and enter thru the doors she asked the other officers have I been searched they stated to her I am coming from the hospital
yes, I was already searched. At this point 4-5 tall over 6'1 surround me one of the grabbing my right arm and shoulder. The officer on my left side stated for me to face the wall as i tried to see whom was behind me the officer on my kept side slammed my face again st the wall resulting in a scratch and a bump while bending and twisting my lower arm. At this point another officer is going up my legs with her hand stop at my virginal area as I stared to scream ' that's what yall doing if yall going to play with my pussy do it correctly " I started to use my hand while in handcuffs to pull my pants down will both officers still grabbing me. The officers that had place her fingers in my vaginal area grab my jeans as not sure at this point she taking or just looking down by pants. They were furious grab me and basically dispose of me physically throwing me in the jail cell as if I was paper.  While in the cell I gathered my thoughts stated kicking the doors asking for a supervisor for what seems like hours. After a while another officer can I explained what had happened he stated he was aware of these officers and their antics and he would call his supervisor. His supervisor came and spoke with me I explained what had happened. He took pictures of the wounds on my upper arm as well as the officer fingernail scratches amongst the security guards which was smaller. He call an sexual assaulted advocate to speak with me and she took my statement of the incident also pictures of my wounds. After several hours I was released early Sunday morning.  When I returned home I removed my clothing and the officers five finger prints are on my upper arm along with bruises on my lower arm. The officers whom was on my right side her palm print is on my shoulders along with her hand print on my arm.  I took pictures of my bruises as well as the discharged in my undergarment from the officer placing her fingers in the area of my virginal. I returned to the 5th district police station layer Sunday evening as I was explained to the officer whom was at the room desk, one of the officers that was involved in the assaulted was also sitting behind the desk with much laughter. She came out in the waiting area where I was standing walking past me I told the officers she was involved in the incident he basically when gone to tell me there was any record of my arrest nor any record of the sexual assaulted nor the advocate that I spoke with.  I again demanded he call a supervisor. When speaking with the supervisor I explained what had happen and also demanded that he takes pictures of my body with the bruised which he did and I have also seemed. For future court submissions. The over excessive use of brutally and force by these officer's security guards or Metropolitan police officers were not warrant nor is this behavior total rated by innocent humans. I have a right to participate in
everyday activities as a human without being accused of a crime in which i stated from

the being I was innocent of. Because of another human authority or statics of employment that doesn't give permission of any form to abuse your authority or another human and justify as if your civil duties allows any form of abuse in order to complete your job description or to become a member an active member of society. To use excessive force while an individual pose no harm goes against my civil right and violates my civil rights as an human by at the hands of the Metropolitan police dept. The Metropolitan police dept has a history of using excessive force usually resulting in death as we have seen with my baby Karon Hylton and other people of color. The rapid murder and assaulted rate have had its total in the black community were officers constantly are using their authority to victimize resident especially while being detain. Tactics such as pat and frisk allow officers to believe they can randomly choose whom they want to search and to what extent. Washington DC police brutally in the black community is encouraged rather that discourage especially by Mayor Muriel Bowser. Being falsely accused of stealing, unwanted and undeserved excessive physically and sexual abuse by the Metropolitan police dept is justice for whom. A society that kills humans of colors that beautifies the world then in retrospect turns around and discrimination against their own humans that share the same skin color only to say that religion is a factor . Has no love in their heart for mankind. Again, The excessive physical abuse often leads to death for this is not a conversation that I overheard. This excess physical and sexual abuse and false accusation, moreover death caused at the hands and guns
of the metropolitan is an event that I have lived and is a daily occurrence for People of Color. Under the 23 th Amendment of Civil Rights act on 10/15/203 I was physically and sexual violated The District of Columbia is liable and should be held accountable along with the defendants named in this suit,iBrittany Nyamekye (Badge # 3713)
Straneika Proctor (5770)
Tierra Caprice Proctor (2731)
Donna Ulrich (5619)
I am asking for the termination of their jobs, Training for future officers , the clarification of search once officer are knowledge and ; have knowledge of proper etiquette of sensitive areas on the human body,  for the acts and omission above, including their Police Department , security guards, officials etc and this claim is being bought in the amount of 200,000,000. This case was bought to trial and as I stated I was falsely arrest for assaulting anyone,

Sincerely
karen Hylton

*[signature]*