UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Karen Hylton
PLAINTIFF

VS.

District of Columbia / Mayor Bowser
DEFENDANT(S)

CIVIL ACTION NO. 23-cv-03054-JM

## MOTION

Request of Settlement

See Attached Document 1 pg

Signature: [signed]
Name (if applicable, Prisoner ID No.) Karen Hylton #2CB
Address/Facility Address: 2641 McDo[...] SE
City: W[ashington]   State: DC   Zip Code: 20020

Rev: 7/16/2024
*Use additional pages as needed

DEC 12 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Motion case # 23-cv-03054-jmc

Judge Cobb I am asking you to have the district of Columbia/ Mayor Bowser come to order on a monetary settlement in case # 23-cv-03054-jmc. I have proven the UNNCESSARY, false arrest excessive force, physical, sexual abuse, assault in case #23-cv-03054-jmc that occurred Oct 15,2022. Evidence of this assault that occurred was not fabricated. The accusation of shoplifting, being assaulted by the Washington, DC police officers named in by complaint, suit and shown on body cameras videos as well as photos was in fact real. Real to the point these officers of the District of Columbia felt the need to adjust voice overload, delete, photochopp such body camera images to hide their abuse of authority as well as mis- conduct. With the approval of Washington DC crime bill, supervisors, Mayor bowser these officers are allowed to tamper, falsified government evidence. The falsification of government evidence still doesn't hide the physical abuse, wounds and sexual violation that occurred Oct 15,2022. these physical abuse and wounds are those of my arms to include fingernails puncher wounds in my flesh, 5 visible fingerprints on my shoulder and arms, swollen face, court filings of trialed District of Columbia -vs- Karen Hylton. I am asking judge Cobb Don't Dismiss case #23-cv-03054-jmc. Accountability for the District of Columbia / Mayor bowser employees whom are employed in the District of Columbia and on duty at time of incident, requested as well as discipline for these officer's abusive demeanor. Lack of training isn't what these offices require. This act of physical, sexual, abuse was intentional, and common practice amongst the 5th District female officers has I am a victim of these female officers physical and sexual abuse, their choices to express their sexual mis-conduct is evident. My refusal to allow such violation of my virginial area resulting in physical abuse involving female officers as proven. I an asking judge Cobb to order / have the District of Columbia / Mayor bowser agree on some form of monetary settlement in case #23-cv-03054-jmc. Which is NECESSARY DUE TO COUNSELS OF THE DISTRICT OF COLUMBIA, MAYOR bowser INABILITY TO PUT MATTERS THAT DOESNOT INOLVE THEM PERSONAL ASIDE AND FOCUS ON RESIDENTS OF THE DISTRICT OF COLUMBIA INCLUDING MY SELF, PROVEN ISSUES CONCERNING EVIDENCE, TO INCLUDE EVIDENT POLICE BRUTUTALITY INVOLING THE WASHINTON DC POLICE OFFICERS NAMED IN CASE #23-cv-03054-jmc .

Respectfully

Karen Hylton
2641 Naylor RD SE # 203
Washington , DC 20020
12-12-2024